**Opinion issued November 21, 2017**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-16-00899-CV

———————————

## WEATHERFORD U.S., L.P., Appellant

## V.

## SPITZER INDUSTRIES, INC., Appellee

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-02648**

## MEMORANDUM OPINION

Appellant, Weatherford U.S., L.P., has filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Bland.